IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BARRY FLETCHER, | ) | |
| | ) | |
| Petitioner, | ) | 8:16CV468 |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT FRAKES, | ) | ORDER |
| | ) | |
| Respondent. | ) | |
| | ) | |

IT IS ORDERED that the Petitioner shall file a brief in response to the Respondent's motion to dismiss (filing no. 8) on or before February 13, 2017. The Respondent's reply brief to the Petitioner's response is due February 23, 2017.

DATED this 18th day of January, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge